IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRONDEN BURNS                                                                             PLAINTIFF

v.                              NO: 5:18CV00067 JLH

DENNIS MOLOCK                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 17th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE